# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: 1600 Nelson Avenue Housing Development Fund Corporation, et al. v. City of New York et al. Docket No.: 25-1127

Lead Counsel of Record (name/firm) or Pro se Party (name): Jesse Gribben; Himmelstein Gribben & Joseph LLP

Appearance for (party/designation): Appellants

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(☑) Correct
(☐) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(☑) Correct
(☐) Incorrect. The following parties do not wish to participate in this appeal:
Parties: __________
(☐) Incorrect. Please change the following parties' designations:
Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(☑) Correct
(☐) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Jesse Gribben
Firm: Himmelstein Gribben & Joseph LLP
Address: 15 Maiden Lane - 17th Floor
Telephone: 212-349-3000 x 1231 Fax: 212-5870744
Email: jgribben@hgjlaw.com

## RELATED CASES

(☑) This case has not been before this Court previously.
(☐) This case has been before this Court previously. The short title, docket number, and citation are: __________

(☐) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: __________

## CERTIFICATION

I certify that (☐) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on __________ OR that (☑) I applied for admission on June 17 and was admitted pro hac vice by order dated July, 9, 2025 or renewal on __________. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: [signature]
Type or Print Name: Jesse Gribben
OR
Signature of pro se litigant: __________
Type or Print Name: __________
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.