# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Adon v. City of New York et al. ____ Docket No.: 25-1127 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Rebecca L. Visgaitis

Firm: New York City Law Department

Address: 100 Church Street

Telephone: (212) 356-0858 ________________________ Fax: ____________

E-mail: rvisgait@law.nyc.gov

**Appearance for:** Defendants-appellees City of New York, Ahmed Tigani, Preston Niblack
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______ ____________)
(name/firm)

☑ Additional counsel (co-counsel with: Ingrid R. Gustafson/New York City Law Department)
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on ____________________ OR

☐ I applied for admission on ____________________.

Signature of Counsel: /s/ Rebecca L. Visgaitis

Type or Print Name: Rebecca L. Visgaitis