MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of September, two thousand twenty-five.

---

1600 Nelson Avenue Housing Development Fund Corporation, on behalf of those individuals and families entitled to homeownership and/or occupancy in its housing project developed pursuant to Article XI of the New York State Private Housing Finance Law, et al.,

Plaintiffs - Appellants,

v.

City of New York, Ahmed Tigani, in his capacity as Acting Commissioner of the New York City Department of Housing Preservation and Development, Preston Niblack, Commissioner of the New York City Department of Finance, Neighborhood Restore Housing Development Fund Corporation, Bronx Pro Group, LLC,

Defendants - Appellees.

**ORDER**

Docket No. 25-1127

---

Appellants filed a notice of appeal in the above-referenced matter. Form D was filed on July 23, 2025, and Second Circuit Local Rule 31.2(a)(1)(A) required Appellant to file a scheduling notification letter within 14 days of that date. Appellant failed to submit a scheduling notification letter. Upon consideration thereof,

IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellants' brief and appendix must be filed on or before October 21, 2025. The appeal will be dismissed effective October 21, 2025, if the brief and appendix are not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/07/2025